## L. M. LINTON v. JAMES FRAZIER.

ACTION brought by E. W. King against *Frazier*, on a promissory note. *Linton* was afterward made plaintiff, instead of King. Trial at the May Term, 1882, of the district court of Smith county, and judgment for defendant. *Linton* brings the case here.

*Webb McNall*, for plaintiff in error.

*A. M. Corn*, for defendant in error.

*Per Curiam:* This proceeding is pending before us upon what purports to be a bill of exceptions and also a case-made. Neither is certified, nor attested, as required by statute. The record is also otherwise irregular and defective, and it is therefore impossible for us to consider and determine the various questions sought to be presented concerning the alleged errors of the trial court. (*Karr v. Hudson*, 19 Kas. 474.)

The judgment of the district court must therefore be affirmed.